

AMERICAN HOECHST CORPORATION

v.

**John H. NORBERG, Tax Administrator.**

**No. 81–554–M.P.**

Supreme Court of Rhode Island.

May 13, 1982.

DeSimone & Del Sesto Law Corporation, Ronald W. Del Sesto, Providence, for petitioner.

Dennis J. Roberts, II, Atty. Gen., Melanie Wilk Spencer, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation), for respondent.

Douglas H. Smith, Providence, for respondent.

### ORDER

Certiorari was previously denied in this case due to petitioner's failure to comply with Supreme Court Rule 13(a). Since that denial, petitioner has filed an appropriate memorandum in compliance with the rule and asks that we reconsider the petition. Pursuant to this motion, we have reviewed the petition for certiorari and the supporting memorandum, as well as the response thereto, and, after careful consideration of the arguments made by both parties, we are of the opinion that review is not warranted in this case.

Accordingly, the petition for writ of certiorari is hereby denied.

### ORDER

The petitioner in this case has moved that we reconsider and vacate our decision denying certiorari herein, and that we grant her additional relief in the form of a stay of the proceedings below and an enlargement of time within which to file additional memoranda. She also asks to argue these motions orally.

We have thoroughly reviewed the petitioner's contentions herein and we have carefully examined the voluminous supplementary materials which she has filed in support of her motions. After such examination, we can only conclude as we did previously that the doctrine of res adjudicata precludes our consideration of the issues raised by petitioner.

Accordingly, the motion for reconsideration and related motions seeking relief from our previous ruling in this matter are denied.

**Gertrude M. J. FOWLER**

v.

**INTEGRITY INVESTMENTS INC.**

**No. 82–59–M.P.**

Supreme Court of Rhode Island.

May 20, 1982.

Gertrude M. Jayne Fower, pro se, East Providence.